IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEIANA JORDAN | : |
| | :     CIVIL ACTION |
| v. | : |
| | :     NO. 25-2692 |
| NEXTUS BILLING SOLUTIONS | : |

## ORDER

AND NOW, this 29th day of September, 2025, upon consideration of Defendant's Motion to Dismiss (Dkt. #14) and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is DENIED. Defendant is directed to file its Answer within 14 days of this order.

BY THE COURT:

_____
GAIL A. WEILHEIMER,    J.